**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| BRIGHTVIEW LANDSCAPES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| AON RISK SERVICES CENTRAL, INC., AON RISK CONSULTANTS, INC. | § | Civil Action No. 1:26-CV-03651-MJM |
| | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**ORDER**

UPON CONSIDERATION of Defendants Aon Risk Services Central, Inc. and Aon Risk Consultants, Inc. (collectively, "Defendants") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint, it is hereby:

ORDERED that Defendants' deadline to file an answer or otherwise respond to Plaintiff's Complaint is extended to November 2, 2026.

**It is so ORDERED.**

DATE: 10/7/26

**Matthew J. Maddox**
**United States District Judge**